IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01899-WYD-KLM

JEFF BENTON, individually, and
ZOO FANS, INC., a Colorado corporation,

      Plaintiffs,

v.

AVEDON ENGINEERING, INC., a Colorado corporation, and
AIRIUS, LLC, a Colorado limited liability company,

      Defendants/Third-Party Plaintiffs,

v.

WILLIAM BUELL, an individual,
BILLIE J. BUELL, an individual,
HUNTERS GREEN MARKETING, INC., a Kentucky corporation, d/b/a Buell and Buell,
CORY COCHRAN, an individual, and
BRIAN M. JOHNSON, an individual,

      Third-Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant **Avedon's Motion for Leave to Further Amend Counterclaims and File an Amended Third-Party Complaint** [Docket No. 46; Filed November 5, 2010] (the "Motion").  The certificate of conferral pursuant to D.C.COLO.LCivR 7.1A. indicates that although Defendant informed the other parties of its intention to file the Motion, none of the parties were able to determine their position because Defendant did not also provide them with a copy of the proposed amendments.  *Motion* [#46] at 2.  According to Defendant, it was unable to do so because the amendments were "not finalized for their review until today, just before this filing."  *Id.*

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice** due to Defendant's failure to meaningfully comply with Local Rule 7.1A.  Filing a motion without first providing the opposing parties a reasonable amount of time (generally three days) or information to determine their position does not constitute a good faith effort to confer.[1]

Dated:  November 8, 2010

---

[1] I also note that Defendant indicates that it conferred with Third-Party Defendant William Buell, representing himself *pro se*, and also purporting to represent Third-Party Defendants Billie J. Buell and Hunter's Green Marketing, Inc.  Although Mr. Buell is permitted to represent himself *pro se*, unless he is an attorney, he is not permitted to represent another individual or a corporation.  *See* 28 U.S.C. § 1654; *Tal v. Hogan*, 453 F.3d 1244, 1254 & n.8 (10th Cir. 2006).  In order to comply with Local Rule 7.1A., Defendant must attempt to confer with both Third-Party Defendants Buell and must, to the extent possible, confer with an attorney representing Third-Party Defendant Hunter's Green Marketing, Inc.  Defendant's efforts to do so shall be included in its certificate of conferral.