**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01899-WYD-KLM

JEFF BENTON, individually and
ZOO FANS, INC., a Colorado corporation,

    Plaintiffs,

v.

AVEDON ENGINEERING, INC., a Colorado corporation and
AIRIUS, LLC, a Colorado limited liability company,

    Defendants.

and

AVEDON ENGINEERING, INC., a Colorado corporation and
AIRIUS, LLC, a Colorado limited liability company,

    Third-Party Plaintiffs,

v.

WILLIAM BUELL, an individual;
BILLIE J. BUELL, an individual;
HUNTERS GREEN MARKETING, INC., a Kentucky corporation, dba BUELL and BUELL;
CORY COCHRAN, an individual; and
BRIAN M. JOHNSON, an individual.

    Third-Party Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants William Buell, Billie Buell and Hunters Green Marketing, Inc.'s Motion to Dismiss (ECF No. 42), filed October 29, 2010, is **STRICKEN for failure to comply with both federal law and this Court's local rules.**  It is improper for *pro se* defendant William Buell to file motions on behalf of a corporation or another *pro se* defendant.  The

Court recognizes the "long-standing rule that a corporation must be represented by an attorney to appear in federal court."  *Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) (footnote and citations omitted).  A corporation cannot appear through a non-attorney corporate officer appearing *pro se.  Harrison v. Wahatoyas*, LLC, 253 F.3d 552, 556 (10th Cir. 2001).  Furthermore, D.C. Colo. LCivR 11.1A establishes that  "[o]nly pro se individual parties and members of this court's bar may appear or sign pleadings, motions, or other papers.  Any pleading … listing in a signature block, or purporting to enter an appearance by, any other person, partnership, professional corporation, limited liability company, or other may entity may be stricken."

      Dated:  November 8, 2010.