IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01899-WYD-KLM

JEFF BENTON, individually, and
ZOO FANS, INC., a Colorado corporation,

    Plaintiffs,

v.

AVEDON ENGINEERING, INC., a Colorado corporation, and
AIRIUS, LLC, a Colorado limited liability company,

    Defendants/Third-Party Plaintiffs,

v.

WILLIAM BUELL, an individual,
BILLIE J. BUELL, an individual,
HUNTERS GREEN MARKETING, INC., a Kentucky corporation, d/b/a Buell and Buell,
CORY COCHRAN, an individual, and
BRIAN M. JOHNSON, an individual,

    Third-Party Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants Airius and Avedon's Renewed Motion for Leave to Further Amend Counterclaims and File an Amended Third-Party Complaint** [Docket No. 50; Filed November 15, 2010] (the "Motion"). Prior to filing the Motion, Defendants attempted to confer with all opposing parties. Those who provided their positions do not oppose the relief requested. Despite giving the remaining Third-Party Defendants William Buell, Billie J. Buell, and Hunters Green Marketing, Inc. ample time to take a position, none have done so. Nevertheless, I note that Defendants have provided good cause for their proposed amendments, several of which narrow the focus of the

Counterclaims and Third-Party Complaint and eliminate unnecessary parties. Pursuant to Fed. R. Civ. P. 15(a), I find that justice would be served by allowing amendment. Moreover, pursuant to D.C.COLO.LCivR 7.1C., I need not wait for a response to the Motion. Accordingly,

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendants' Second Amended Counterclaims and First Amended Third-Party Complaint [Docket No. 50-2] is accepted for filing as of today's date.

IT IS FURTHER **ORDERED** that the impacted parties shall answer or otherwise respond on or before **December 3, 2010**.

Dated:  November 16, 2010