IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-01899-WYD-KLM

JEFFREY GEORGE BENTON, individually and
ZOO FANS, INC., a Colorado corporation,

    Plaintiffs/Counterclaim Defendants,

v.

AVEDON ENGINEERING, INC., a Colorado corporation and
AIRIUS, LLC, a Colorado limited liability company,

    Defendants/Counterclaim Plaintiffs,

and

AIRIUS IP HOLDINGS, LLC, a Colorado limited liability company,
AVEDON ENGINEERING, INC., a Colorado corporation and
AIRIUS, LLC, a Colorado limited liability company,

    Third-Party Plaintiffs,

v.

JEFFREY GEORGE BENTON, individually,
ZOO FANS, INC., a Colorado corporation,
WILLIAM BUELL, JR., an individual;
HUNTERS GREEN MARKETING, INC., a Kentucky corporation, dba BUELL and BUELL; and
CORY R. COCHRAN, an individual.

    Third-Party Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    In light of the filing of Avedon's Second Amended Counterclaims and First Amended Third-Party Complaint (ECF No. 53) on November 16, 2010, the Motion to Dismiss (ECF No. 29) is **DENIED AS MOOT.**

    Dated:  November 23, 2010.