IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01899-WYD-KLM

JEFF BENTON, individually, and
ZOO FANS, INC., a Colorado corporation,

    Plaintiffs/Counterclaim Defendants,

v.

AVEDON ENGINEERING, INC., a Colorado corporation, and
AIRIUS, LLC, a Colorado limited liability company,

    Defendants/Counterclaimants/Third-Party Plaintiffs,

and

AIRIUS IP HOLDINGS, LLC, a Colorado limited liability company,

    Third-Party Plaintiff,

v.

WILLIAM BUELL, an individual,
HUNTERS GREEN MARKETING, INC., a Kentucky corporation, d/b/a Buell and Buell, and
CORY COCHRAN, an individual,

    Third-Party Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint** [Docket No. 66; Filed January 4, 2011] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a), I find that justice would be served by allowing amendment.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that Plaintiffs' First Amended Complaint [Docket No. 66-

1] is accepted for filing as of today's date.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond the First Amended Complaint on or before **January 24, 2011**.

    Dated: January 4, 2011