IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-01899-RBJ-KLM

JEFF BENTON, individually, and
ZOO FANS, INC., a Colorado corporation,

      Plaintiffs/Counterclaim Defendants,

v.

AVEDON ENGINEERING, INC., a Colorado corporation,
AIRIUS IP HOLDINGS, LLC, a Colorado limited liability company, and
AIRIUS, LLC, a Colorado limited liability company,

      Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,

v.

WILLIAM BUELL, JR., an individual,
HUNTERS GREEN MARKETING, INC., a Kentucky corporation, d/b/a BUELL AND BEUELL and
CORY COCHRAN, an individual,

      Third-Party Defendants.

---

ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

      This matter has been scheduled for a **three-week jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **August 5, 2013 at 9:00 a.m.**

      A Trial Preparation Conference is set for **July 11, 2013 at 8:00 a.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at [www.cod.uscourts.gov/Judges/Judges.aspx](www.cod.uscourts.gov/Judges/Judges.aspx).

DATED this 19th day of October, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge