IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 10-cv-01899-RBJ-KLM

JEFF BENTON, individually, and
ZOO FANS, INC., a Colorado corporation,

      Plaintiffs/Counterclaim Defendants,

v.

AVEDON ENGINEERING, INC., a Colorado corporation,
AIRIUS IP HOLDINGS, LLC, a Colorado limited liability company, and
AIRIUS, LLC, a Colorado limited liability company,

      Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,

v.

WILLIAM BUELL, JR., an individual,
HUNTERS GREEN MARKETING, INC., a Kentucky corporation, d/b/a BUELL AND BEUELL and
CORY COCHRAN, an individual,

      Third-Party Defendants.

---

ORDER GRANTING AVEDON'S AND BUELL'S UNOPPOSED JOINT MOTION TO DISMISS
WITH PREJUDICE THIRD-PARTY DEFENDANTS WILLIAM BUELL AND HUNTERS GREEN

---

Having reviewed the Unopposed Joint Motion to Dismiss by Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs and Third-Party Defendants William F. Buell, Jr. ("Mr. Buell") and Hunters Green Marketing, Inc. ("Hunters Green"), filed under Fed. R. Civ. P. 41(a)(2), and being fully advised, this Court ORDERS that the Motion be and is hereby GRANTED.

Mr. Buell shall appear in person as a nonparty witness in the above-captioned case for the trial starting on August 5, 2013. Mr. Buell has expressly waived: (a) any requirement of a trial subpoena; (b) any issue related to service; and (3) any issue related to personal jurisdiction. Mr.

Buell's failure to appear as a trial witness in the above-captioned may result in a finding of contempt of court.

The claims against Mr. Buell and Hunters Green are dismissed WITH PREJUDICE. Mr. Buell and Hunters Green are dismissed as parties to this action.

DATED this 15th day of July, 2013.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge